# Payslip
### Earnings and Deductions

**CITY OF PHILADELPHIA**

**Gretchen Hagenbuch**
**2007 Tulip Street**
**Philadelphia, PA 19125**
**US**

| | |
|---|---|
| **Employee Number** | |
| **Department** | **PPS Prisons** |
| **Location** | **Curran-Fromhold Correctional Facility** |
| **Payperiod Ending** | **2025/09/14** |
| **Date Payable** | **2025/09/19** |
| **Payment Method** | **Direct Deposit** |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 67.50 | 2,438.46 |
| Holiday Cash | 7.50 | 270.94 |
| Overtime 1_0 | 1.50 | 54.21 |
| Overtime 1_5 | 6.50 | 352.23 |
| CBA Payment | 0.00 | -190.83 |
| **Gross Current Earnings** | | **2,925.01** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 318.95 | 5,105.47 |
| Social Security | 192.36 | 3,337.22 |
| Medicare | 44.99 | 780.48 |
| PA State Tax | 95.25 | 1,652.47 |
| PA Unemployment | 2.17 | 37.68 |
| Philadelphia | 116.53 | 2,026.01 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Retro Excused Time | 0.00 | 2.21 |
| Retro Overtime 1_0 | 0.00 | 3.08 |
| Retro Overtime 1_5 | 0.00 | 15.87 |
| Retro Time Entry W | 0.00 | 160.41 |
| Retro Vacation | 0.00 | 9.26 |
| **Gross Retro Earnings** | | **190.83** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Med Ded Pretax | 13.16 | 250.04 |
| Pen_Plan S16 | 186.83 | 2,991.41 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,115.84 | 54,076.20 |
| Net Earnings | 2,106.59 | 37,019.23 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union DC47 PAC | 4.20 | 79.80 |
| Union Dues | 34.81 | 661.39 |

| Accruals | Net Entitlement |
|---|---|
| *The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.* | |
| **Admin Leave** (Expires 30-Jun-2026) | 37.50 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 160.13 |
| Special Comp | 0.00 |
| Vacation | 59.75 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Pen_Plan S16 | 2,991.41 | 6,250.91 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

# Payslip
### Earnings and Deductions

**CITY OF PHILADELPHIA**

**Gretchen Hagenbuch**
**2007 Tulip Street**
**Philadelphia, PA 19125**
**US**

| | |
|---|---|
| **Employee Number** | |
| **Department** | **PPS Prisons** |
| **Location** | **Curran-Fromhold Correctional Facility** |
| **Payperiod Ending** | 2025/08/31 |
| **Date Payable** | 2025/09/05 |
| **Payment Method** | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 69.50 | 2,449.46 |
| Excused Time | 2.50 | 88.11 |
| Vacation | 3.00 | 105.74 |
| Overtime 1_0 | 1.50 | 52.89 |
| Overtime 1_5 | 3.00 | 158.60 |
| Legal Aid | 0.00 | 15.00 |
| **Gross Current Earnings** | | **2,869.80** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 270.44 | 4,786.52 |
| Social Security | 177.12 | 3,144.86 |
| Medicare | 41.42 | 735.49 |
| PA State Tax | 87.70 | 1,557.22 |
| PA Unemployment | 2.00 | 35.51 |
| Philadelphia | 107.33 | 1,909.48 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Med Ded Pretax | 13.16 | 236.88 |
| Pen_Plan S16 | 161.30 | 2,804.58 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,869.80 | 50,960.36 |
| Net Earnings | 1,955.32 | 34,912.64 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 34.81 | 626.58 |
| Union DC47 PAC | 4.20 | 75.60 |

| Accruals | Net Entitlement |
|---|---|

*The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.*

| | |
|---|---|
| **Admin Leave** (Expires 30-Jun-2026) | 37.50 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 160.13 |
| Special Comp | 0.00 |
| Vacation | 59.75 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Pen_Plan S16 | 2,804.58 | 6,064.08 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

# Payslip
## Earnings and Deductions

Page 1

**CITY OF PHILADELPHIA**

**Gretchen Hagenbuch**
**2007 Tulip Street**
**Philadelphia, PA 19125**
**US**

| | |
|---|---|
| Employee Number | |
| Department | **PPS Prisons** |
| Location | Curran-Fromhold Correctional Facility |
| Payperiod Ending | 2025/08/17 |
| Date Payable | 2025/08/22 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---:|---:|
| Time Entry Wages | 75.00 | 2,643.30 |
| Overtime 1_0 | 1.00 | 35.26 |
| Overtime 1_5 | 5.50 | 290.77 |
| **Gross Current Earnings** | | **2,969.33** |

| Taxes | Current | YTD |
|---|---:|---:|
| Federal Tax | 290.91 | 4,516.08 |
| Social Security | 183.28 | 2,967.74 |
| Medicare | 42.87 | 694.07 |
| PA State Tax | 90.75 | 1,469.52 |
| PA Unemployment | 2.07 | 33.51 |
| Philadelphia | 111.05 | 1,802.15 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---:|---:|
| Med Ded Pretax | 13.16 | 223.72 |
| Pen_Plan S16 | 167.77 | 2,643.28 |

| Total Earnings | Current | YTD |
|---|---:|---:|
| Gross Earnings | 2,969.33 | 48,090.56 |
| Net Earnings | 2,028.46 | 32,957.32 |

| Post Tax Deductions | Current | YTD |
|---|---:|---:|
| Union DC47 PAC | 4.20 | 71.40 |
| Union Dues | 34.81 | 591.77 |

| Accruals | Net Entitlement |
|---|---:|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---:|
| **Admin Leave** (Expires 30-Jun-2026) | 37.50 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 160.13 |
| Special Comp | 0.00 |
| Vacation | 62.75 |

| Pension Plan | YTD | LTD |
|---|---:|---:|
| Pen_Plan S16 | 2,643.28 | 5,902.78 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

# Payslip
## Earnings and Deductions

**CITY OF PHILADELPHIA**

Gretchen Hagenbuch
2007 Tulip Street
Philadelphia, PA 19125
US

| | |
|---|---|
| Employee Number | |
| Department | PPS Prisons |
| Location | Curran-Fromhold Correctional Facility |
| Payperiod Ending | 2025/08/03 |
| Date Payable | 2025/08/08 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 67.50 | 2,378.97 |
| Vacation | 7.50 | 264.33 |
| Overtime 1_0 | 1.50 | 52.89 |
| Overtime 1_5 | 6.50 | 343.63 |
| Legal Aid | 0.00 | 15.00 |
| **Gross Current Earnings** | | **3,054.82** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 308.84 | 4,225.17 |
| Social Security | 188.58 | 2,784.46 |
| Medicare | 44.10 | 651.20 |
| PA State Tax | 93.38 | 1,378.77 |
| PA Unemployment | 2.13 | 31.44 |
| Philadelphia | 114.25 | 1,691.10 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Med Ded Pretax | 13.16 | 210.56 |
| Pen_Plan S16 | 171.75 | 2,475.51 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,054.82 | 45,121.23 |
| Net Earnings | 2,064.62 | 30,928.86 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 34.81 | 556.96 |
| Union DC47 PAC | 4.20 | 67.20 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 37.50 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Holiday Comp | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 150.76 |
| Special Comp | 0.00 |
| Vacation | 56.50 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Pen_Plan S16 | 2,475.51 | 5,735.01 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

# Payslip
## Earnings and Deductions

**CITY OF PHILADELPHIA**

**Gretchen Hagenbuch**
**2007 Tulip Street**
**Philadelphia, PA 19125**
**US**

| | |
|---|---|
| **Employee Number** | |
| **Department** | **PPS Prisons** |
| **Location** | **Curran-Fromhold Correctional Facility** |
| **Payperiod Ending** | 2025/07/20 |
| **Date Payable** | 2025/08/01 |
| **Payment Method** | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Bonus | 0.00 | 1,250.00 |
| **Gross Current Earnings** | | **1,250.00** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 275.00 | 3,916.33 |
| Social Security | 77.50 | 2,595.88 |
| Medicare | 18.12 | 607.10 |
| PA State Tax | 38.38 | 1,285.39 |
| PA Unemployment | 0.88 | 29.31 |
| Philadelphia | 46.75 | 1,576.85 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Med Ded Pretax | 0.00 | 197.40 |
| Pen_Plan S16 | 0.00 | 2,303.76 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 1,250.00 | 42,066.41 |
| Net Earnings | 793.37 | 28,864.24 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 0.00 | 522.15 |
| Union DC47 PAC | 0.00 | 63.00 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| **Admin Leave** (Expires 30-Jun-2026) | 37.50 |
| **Catastrophic Leave** | 0.00 |
| **Comp Time** | 0.00 |
| **Domestic Violence** | 0.00 |
| **Emergency Comp** | 0.00 |
| **FMLA** | 0.00 |
| **Holiday Comp** | 0.00 |
| **Military Caregiver** | 0.00 |
| **Military Leave** | 225.00 |
| **Pandemic Leave** | 0.00 |
| **Parental Leave** | 0.00 |
| **Sick** | 150.76 |
| **Special Comp** | 0.00 |
| **Vacation** | 64.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Pen_Plan S16 | 2,303.76 | 5,563.26 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**