United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 25-13906-amc
Gretchen L Hagenbuch     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Feb 12, 2026     Form ID: 155     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gretchen L Hagenbuch, 2007 Tulip Street, Philadelphia, PA 19125-1911 |
| 15054354 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15054362 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15054366 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15054373 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15089758 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 13 2026 00:20:05 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 15054355 | | Email/Text: megan.harper@phila.gov | Feb 13 2026 00:11:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15054353 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 13 2026 00:20:05 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15054356 | | Email/Text: bankruptcy@philapark.org | Feb 13 2026 00:11:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15054359 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2026 00:20:22 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15054357 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Feb 13 2026 00:10:00 | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road , Suite 250, Warminster, PA 18974-4862 |
| 15054358 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 13 2026 00:10:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15060948 | + | Email/Text: RASEBN@raslg.com | Feb 13 2026 00:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15094535 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2026 00:20:07 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15078788 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2026 00:20:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15054368 | | Email/Text: EBN@Mohela.com | Feb 13 2026 00:10:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15054360 | ^ | MEBN | Feb 13 2026 00:05:17 | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 15054361 | + | Email/Text: bankruptcygroup@peco-energy.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 12, 2026 | Form ID: 155 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 13 2026 00:10:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15054365 | | ^ MEBN | | |
| | | | Feb 13 2026 00:04:58 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15054363 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Feb 13 2026 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15054364 | | ^ MEBN | | |
| | | | Feb 13 2026 00:05:10 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15054367 | | Email/Text: bankruptcy@philapark.org | | |
| | | | Feb 13 2026 00:11:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15069099 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 13 2026 00:20:18 | Sofi Bank, N.A. (F.K.A. Golden Pacific Bank, N.A.), Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15054369 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 13 2026 00:20:28 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 15054370 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 13 2026 00:20:04 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15054371 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 13 2026 00:20:15 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15054372 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | | Feb 13 2026 00:10:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15054374 | | Email/Text: vci.bkcy@vwcredit.com | | |
| | | | Feb 13 2026 00:10:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, PO Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 14, 2026           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:

**Name**          **Email Address**

MICHAEL A. CIBIK
                  on behalf of Debtor Gretchen L Hagenbuch help@cibiklaw.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 12, 2026 | Form ID: 155 | Total Noticed: 28 |

noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Gretchen L Hagenbuch                 Case No. 25−13906−amc

   Debtor(s).                           Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 11, 2026                                                   For The Court

                                                                            Ashely M. Chan  
                                                                            Chief Judge, United States Bankruptcy Court