Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Gretchen L Hagenbuch
2007 Tulip Street
Philadelphia, PA 19125-1911

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-13906-AMC**

Petition Filed Date: 09/25/2025
341 Hearing Date: 10/31/2025
Confirmation Date: 02/11/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/27/2025 | $300.00 | | 11/25/2025 | $300.00 | | 12/29/2025 | $300.00 | |
| 01/28/2026 | $300.00 | | 02/25/2026 | $300.00 | | 03/25/2026 | $300.00 | |
| 04/27/2026 | $300.00 | | 05/26/2026 | $300.00 | | 06/26/2026 | $300.00 | |
| 07/27/2026 | $300.00 | | | | | | | |

**Total Receipts for the Period: $3,000.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,883.00 | $2,769.00 | $2,114.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $2,772.32 | $0.00 | $2,772.32 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $176.29 | $0.00 | $176.29 |
| 3 | JP MORGAN CHASE BANK NA<br>»» 002 | Unsecured Creditors | $2,171.15 | $0.00 | $2,171.15 |
| 4 | JP MORGAN CHASE BANK NA<br>»» 003 | Unsecured Creditors | $7,151.89 | $0.00 | $7,151.89 |
| 5 | RESURGENT CAPITAL SERVICES<br>»» 004 | Unsecured Creditors | $14,494.84 | $0.00 | $14,494.84 |
| 6 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,923.35 | $0.00 | $1,923.35 |
| 7 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 006 | Unsecured Creditors | $20,228.71 | $0.00 | $20,228.71 |

**Chapter 13 Case No. 25-13906-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,300.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $2,769.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $254.10 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $276.90 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.